1146

No. 73–5800. BIES v. GRAY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–1416. AGUAYO ET AL. v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6951. LEBLANC v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–637. DENTON v. SEAMANS, SECRETARY OF THE AIR FORCE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–671. MAYER PAVING & ASPHALT CO. ET AL. v. GENERAL DYNAMICS CORP. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5269. GUTIERREZ v. DEPARTMENT OF PUBLIC SAFETY OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5644. MCCHESNEY v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–91. CHEVRON OIL COMPANY, WESTERN DIVISION, ET AL. v. FEDERAL POWER COMMISSION ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.